Rep. 47, 155 N. Y. Supp. 308) affirmed with $10 costs and disbursements. All concur.

BANK OF BUFFALO, respt. v. Adolph F. WUPPERMANN, Alfred J. Moisant, Oneida Milling Corporation, defendants. Drurie S. Sanford, deft.-applt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Order reversed and default opened, on condition that the defendant Sanford, within 20 days from the entry of this order, pay all costs in the action to date; otherwise, order affirmed with $10 costs and disbursements. Judgment to stand as security. All concur.

Marion J. BARKLEY, Applt., v. J. Fred PIERSON, Jr., and ano., Respts. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

John BARRETT, respondent, v. The BROOKLYN HEIGHTS RAILROAD COMPANY. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgment and order reversed, and new trial granted, costs to abide the event, on the ground that the verdict was against the clear weight of evidence. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

Mabel BARRETT, an infant, by John Barrett, her guardian ad litem, respondent, v. The BROOKLYN HEIGHTS RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict was against the clear weight of evidence. Jenks, P. J., and Carr, Stapleton, Rich, and Putnam, JJ., concur.

Robert A. BEATTY v. Gustav L. ROSENBERG. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion denied with $10 costs. Order filed.

Nancy Emeline BENNETT v. Lulu L. WILLIAMS, individually and as administrator with the will annexed of the estate of Sarah Amanda Howe, deceased, Leonard Williams, Nettie E. Ball, Nellie Legge Price, Frederick Legge, Martin L. Legge and Jennie E. Young. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment unanimously affirmed, with costs to each defendant separately answering, on the authority of Lockwood v. Mildeberger, 159 N. Y. 181, 53 N. E. 803.

Abraham BERGER, Respt., v. EBLING BREWING CO., Applt. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

Laurence J. BERSHAD and Morris E. Gossett, Appellants, v. Bernard KAMBER, Respondent. (Supreme Court, Appellate Term, First Department. April 11, 1916.) Appeal from Municipal Court, Borough of Manhattan, Seventh District. Action by Laurence J. Bershad and Morris E. Gossett against Bernard Kamber. From a judgment for defendant dismissing the complaint upon the opening to the jury of plaintiffs' counsel, plaintiffs appeal. Judgment reversed, and new trial ordered.

PER CURIAM. An examination of the complaint herein shows that a good cause of action was stated therein and there was nothing in the opening of plaintiffs' counsel to the jury which in any way destroyed or impaired the sufficiency of the complaint. Judgment reversed, and new trial ordered, with $30 costs to appellant to abide the event.

Olive A. BILLARD, Applt., v. Henry BRASH et al., impld. with City of N. Y., Respt. (Supreme Court, Appellate Division, First Department. April 7, 1916.) Judgment affirmed with costs. No opinion. Order filed.

Olive A. BILLARD, Applt., v. Henry BRASH et al., impld. with Henry Wiener and ano., Respts. (Supreme Court, Appellate Division, First Department. April 7, 1916.) Judgment affirmed with costs. No opinion. Order filed.

Olive A. BILLARD v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. April 28, 1916.) Motion denied with $10 costs. Order filed.

Nathan BLAUSTEIN et al., Applts., v. GRAND LODGE OF THE U. S., INDEPENDENT ORDER FREE SONS OF ISRAEL, Respt. (Supreme Court, Appellate Division, First Department. April 7, 1916.) Judgment affirmed with costs. No opinion. Order filed.

Frederick G. BLECHNER, Respt., v. Stephen KRASER, Applt. (Supreme Court, Appellate Division, First Department. May 5, 1916.) Order (157 N. Y. Supp. 256) affirmed with $10 costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of costs. No opinion. Order filed.

George BOCKHAUS v. INTERBOROUGH RAPID TRANSIT COMPANY. (Supreme Court, Appellate Division, First Department. July, 1915.) Motion granted. Memorandum per curiam.

Maria BOLOGNESE, respt., v. Frank LIBERATORE, applt. (Supreme Court, Appellate Division, Third Department. May 11, 1916.) Motion granted without costs.

William C. BONNER, respondent, v. John HILLER and Magdalena M. Hiller, appellants. (Supreme Court, Appellate Division, Second Department. March 31, 1916.) Judgment affirmed, with costs. No opinion. Jenks, P. J., and Thomas, Stapleton, and Mills, JJ., concur. Carr, J., not voting.

Vincenzo BORELLI, an incompetent person, etc., respondent, v. GREENWOOD CEMETERY, appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1916.) Order affirmed, with $10 costs and disburse-

ments. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

Adelbert BOWDEN, respt., v. LEHIGH VALLEY R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. March 22, 1916.) Order affirmed with costs. All concur.

Catherine BOWEN, respt., v. GEORGE A. RAY MFG. CO., impleaded with another, applt. (Supreme Court, Appellate Division, Fourth Department. March 15, 1916.) Order affirmed with $10 costs and disbursements. All concur.

Frederick X. BOWMAN and Joseph Bowman, doing business under the firm name and style of Bowman Sales Company, applts., v. REMINGTON MOTOR COMPANY, respt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Order affirmed with $10 costs and disbursements, on the ground that the complaint does not state a cause of action. All concur, except Kellogg, P. J., dissenting.

Francis D. BOWNE v. Elizabeth B. COLT et al. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion denied with $10 costs. Order filed.

Thomas E. BOYD, respt., v. BUFFALO, LOCKPORT & ROCHESTER RAILWAY CO., applt. (Supreme Court, Appellate Division, Fourth Department. March 8, 1916.) Motion to dismiss appeal granted unless appellant serve typewritten copy of brief by March 10th and printed copies by March 13th.

Patrick J. BOYLAN, respondent, v. The CITY OF NEW YORK, appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Christopher BOYLE, Applt., v. MALLORY STEAMSHIP CO., Respt. (Supreme Court, Appellate Division, First Department. April 20, 1916.) Judgment affirmed with costs. No opinion. (Page, J., dissenting.) Order filed.

William BOYLE, respondent, v. TOWN OF EASTCHESTER, appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

BREEN v. SANTANONI CONTRACTING CO. DONOHUE v. SAME. (Supreme Court, Appellate Division, First Department. May 5, 1916.) Appeals from Trial Term, New York County. Actions by Alice Breen and by Mary Donohue against the Santanoni Contracting Company. From judgments entered upon verdicts, and from orders denying motions for new trials, defendant appeals. Judgments and orders reversed, and new trials ordered.

PER CURIAM. We are of opinion that the verdicts of the jury that the defendant was guilty of negligence are against the weight of evidence. The judgments and orders appealed from are therefore reversed and new trials ordered, with costs to the appellant to abide the event.

Leon BRESSLIN, appellant, v. STAR COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Order affirmed, with costs. No opinion. Jenks, P. J., and Stapleton, Mills, and Putnam, JJ., concur. Rich, J., not voting.

Bessie E. BRILL, Respt., v. Isidor C. BRILL, Applt. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Order affirmed with $10 costs and disbursements. No opinion. Order filed.

Bessie E. BRILL v. Isidor C. BRILL. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion denied. Order filed.

In the Matter of Opening BRONX BOULEVARD. (Supreme Court, Appellate Division, First Department. April 14, 1916.) Motion granted with $10 costs. Order filed.

In the Matter of the Petition of the BROOKLYN TRUST COMPANY, to Render and Settle its Intermediate Account as Trustee under the Will of Anna K. Weaver, Deceased. Leonard E. Willis, appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1916.) Decree (92 Misc. Rep. 674, 157 N. Y. Supp. 547) of the Surrogate's Court of Kings County affirmed with costs. No opinion. Jenks, P. J., and Thomas, Carr, Stapleton, and Mills, JJ., concur.

Margaretha BRUCKNER, respondent, v. The VAN BRUNT STREET AND ERIE BASIN RAILROAD COMPANY, defendant, and The Brooklyn Heights Railroad Company, appellant. (Supreme Court, Appellate Division, Second Department. May 5, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Anthony BRUNO, respt., v. DELAWARE, LACKAWANNA & WESTERN RAILROAD COMPANY, applt. (Supreme Court, Appellate Division, Third Department. May 3, 1916.) Judgment and order unanimously affirmed with costs.

Michael J. BUCKLEY and Daniel Buckley, infants, etc., respondents, v. Loretta BUCKLEY et al., respondents; Alois J. Hofacker, appellant. (Supreme Court, Appellate Division, Second Department. April 25, 1916.) Motion for resettlement of order granted. The proper expenses of the purchaser in examining the title should be charged against the interest of the infant plaintiffs in the subject-matter of the action.

In the matter of the claim of George BURTON for compensation under the Workmen's Compensation Law, claimant, respt., v. JAMES A. WHELAN & SONS, Inc., and another,